UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>TOBY CORIELL and MARIA CORIELL,<br><br>                    Defendants. | NO: 2:12-CV-444-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80193-PCW11<br><br>ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:12-CV-668-RMP |

**BEFORE THE COURT** is Plaintiff's Motion to Consolidate this case with Case No. 2:12-CV-668-RMP, ECF No. 26. No objections have been filed. The Court has reviewed the motion and file and records therein and finds that there are common issues of law and similar facts in both cases that warrant consolidation.

ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:12-CV-668-RMP ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Consolidate, **ECF No. 26**, is **GRANTED**.

2. This case is hereby consolidated with **Case No. 2:12-CV-668-RMP** for trial purposes only.

The District Court Clerk is directed to enter this Order, to consolidate this case with Case No. **2:12-CV-668-RMP**, to provide copies of this Order to counsel and to any pro se defendants, and **CLOSE** case number 2:12-CV-444-RMP.

**DATED** this 7th day of March 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO CONSOLIDATE WITH CASE NO. 2:12-CV-668-RMP ~ 2